FILED

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0159

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0159

_____

PERKINS FAMILY HOLDINGS, LLC,
a Montana Limited Liability Company,

      Plaintiff and Appellant,

  v.

THE TILE GUYS, LLC, and MARSHAL
RAY BUTTERFIELD, an individual,

      Defendants and Appellees.

O R D E R

_____

The record was filed for purposes of this appeal on May 3, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 18, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2022